**Order filed, December 4, 2012.**



In The

# Fourteenth Court of Appeals
————————

NO. 14-12-00967-CV
————————

**KINGS RIVER TRAIL ASSOCIATION, INC. AND KINGS RIVER VILLAGE COMMUNITY ASSOCIATION, INC., Appellant**

**V.**

**PINEHURST TRAIL HOLDINGS, LLC, Appellee**

————————

NO. 14-12-01008-CV
————————

**PINEHURST TRAIL HOLDINGS, LLC, Appellant**

**V.**

**KINGS RIVER TRAIL ASSOCIATION, INC. AND KINGS RIVER VILLAGE COMMUNITY ASSOCIATION, INC., Appellee**

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2010-30418**

# ORDER

The reporter's record in this case was due **November 22, 2012**.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Cynthia Martinez Montalvo**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM